**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID SECHRIST,

      Plaintiff,

v.                                          No. CV 21-00009 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

**ORDER EXTENDING TIME TO FILE ADMINSTRATIVE RECORD AND ANSWER**

      **THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's

*Unopposed Motion for Extension of Time to File the Electronic Certified Administrative*

*Record and Answer to Plaintiff's Complaint* (the "Motion"), (Doc. 10), filed March 10,

2021. The Court, having reviewed the Motion and noting it is unopposed, finds the

Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that THE Commissioner shall have until **May 11,**

**2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's

Complaint.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE