# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DAVID SECHRIST,

        Plaintiff,

v.                                    No. CV 21-00009 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER EXTENDING BRIEFING SCHEDULE DEADLINES

**THIS MATTER** is before the Court on Plaintiff David Sechrist's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 18), filed July 12, 2021. In the Motion, Mr. Sechrist requests a 30-day extension of the deadlines set forth in the Court's Order Setting Briefing Schedule, (Doc. 17). (Doc. 18 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Sechrist shall file his motion to reverse or remand the administrative agency decision by August 11, 2021. The Commissioner shall file her response to Mr. Sechrist's motion by October 11, 2021, and Mr. Sechrist shall file a reply in support of the motion by October 25, 2021.

**IT IS SO ORDERED**.

                                          _____
                                          THE HONORABLE CARMEN E. GARZA
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.