IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID SECHRIST,

        Plaintiff,

v.   No. CV 21-00009 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed Motion to Remand for Further Proceedings* (the "Motion"), (Doc. 23), filed September 15, 2021. The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner's decision in this matter is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further administrative proceedings.[1]

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will enter a separate order of final judgment pursuant to Federal Rule of Civil Procedure 58. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).