IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID SECHRIST,

        Plaintiff,

v.                                            No. CV 21-00009 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Granting Unopposed Motion to Remand under Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 24), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). This case is therefore **REMANDED** to the Commissioner for further administrative proceedings, consistent with sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE